UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IRAIDA LOPEZ

v.                                           C.A. 05-483ML

JO ANNE BARNHART,
Commissioner of Social Security

## ORDER

The Findings and Recommendation of United States Magistrate Judge Lincoln D. Almond dated May 31, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). The Defendant's assented to Motion for Entry of Judgment under Sentence Four of 42 U.S.C. § 405(g) is GRANTED and the matter is remanded to the Commissioner for further administrative proceedings.

BY ORDER:

_/s/ Mary M. Lisi_
Mary M. Lisi
U.S. District Judge
June 20, 2006

Entered as an Order of this Court on June 20, 2006

_Barbara Barletta_
Deputy Clerk